IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0538

IN THE MATTER OF

A.J.W. and O.J.J.,

    Youths in Need of Care.

## ORDER

    Upon consideration of Appellant Mother, K.J.'s, motion to consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. DA 22-0538 and DA 22-0539 are hereby consolidated under Cause No. DA 22-0538 and henceforth captioned as above.

Electronically signed by:
Mike McGrath
ORDER
Chief Justice, Montana Supreme Court
October 18 2022